**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 5/5/2026

**DANIEL MOORE,**

       **Plaintiff,**      **25-CV-09646 (JAV)(SN)**

   **-against-**           **ORDER**

**WALKME, INC.,**

       **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

Per the Civil Case Management Plan & Scheduling Order (ECF No. 19), the parties were directed to file a joint letter informing the Court about the status of discovery by no later than Monday, May 4, 2026. The parties failed to file their joint letter on time. By no later than Monday, May 11, 2026, the parties are ORDERED to file their joint letter regarding the status of discovery.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:  May 5, 2026
     New York, New York